**NANCY P. DOUMANIAN, ESQ.** – State Bar No. 168925
*DOUMANIAN & ASSOCIATES*
**500 North Brand Boulevard, Suite 1660**
**Glendale, California 91203**
**Telephone: (818) 500-7010**
**Facsimile: (818) 500-7011**

Attorney for Defendants GLENDALE UNIFIED SCHOOL DISTRICT, *a public entity*, ZAVEN SHAMOYAN, *a public employee*, MICHAEL F. ESCALANTE, *a public employee*, LINDA EVANS, *a public employee*, CHRISTOPHER COULTER, *a public employee*, MARK BROWN, *a public employee*, SUNGSOOK KIM, *a public employee*, CHARLOTTE SASSOUNIAN, *a public employee*, MARY W. BORGER, *a public employee*, GREG KRIKORIAN, *a public employee*, NAYIRI NAHABEDIAN, *a public employee*, JOYLENE WAGNER, *a public employee*, CHRISTINE WALTERS, *a public employee*, TAMAR KATAROYAN, *a public employee*, AND H.A. PAZ, *a public employee*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MATHEW DAVIS, | Case No.: CV10-01837-DMG (CWx) |
| Plaintiff, | |
| vs. | **NOTICE OF JOINDER IN MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| GLENDALE UNIFIED SCHOOL DISTRICT, ZAVEN SHAMOYAN, MICHAEL F. ESCALANTE, LINDA EVANS, CHRISTOPHER COULTER, MARK BROWN, SUNGSOOK KIM, CHARLOTTE SASSOUNIAN, MARY W. BORGER, GREG KRIKORIAN, NAYIRI NAHABEDIAN, JOYLENE WAGNER, CHRISTINE WALTERS, TAMAR KATAROYAN, H.A. PAZ, COUNTY OF LOS ANGELES, SCOTT SHINAGAWA and DOES 1 through 10, inclusive, | DATE: JUNE 14, 2010 TIME: 9:30 A.M. COURTROOM: "7" |
| Defendants. | |

-1-
NOTICE IN JOINDER OF MOTION TO DISMISS COMPLAINT

**PLEASE TAKE NOTICE** that Defendants ZAVEN SHAMOYAN, *a public employee*, MICHAEL F. ESCALANTE, *a public employee*, LINDA EVANS, *a public employee*, CHRISTOPHER COULTER, *a public employee*, MARK BROWN, *a public employee*, SUNGSOOK KIM, *a public employee*, CHARLOTTE SASSOUNIAN, *a public employee*, MARY W. BORGER, *a public employee*, GREG KRIKORIAN, *a public employee*, NAYIRI NAHABEDIAN, *a public employee*, JOYLENE WAGNER, *a public employee*, CHRISTINE WALTERS, *a public employee*, TAMAR KATAROYAN, *a public employee*, AND HANK PAZ, a *public employee [erroneously sued herein as H.A. Paz]*, hereby join in the Notice of Motion to Dismiss Complaint, filed by Defendant GLENDALE UNIFIED SCHOOL DISTRICT.

DATED: June 3, 2010                            ***DOUMANIAN & ASSOCIATES***

*Nancy P. Doumanian*

By: _____
NANCY P. DOUMANIAN
Attorney for Defendant
GLENDALE UNIFIED SCHOOL DISTRICT, ZAVEN SHAMOYAN, MICHAEL F. ESCALANTE, LINDA EVANS, CHRISTOPHER COULTER, MARK BROWN, SUNGSOOK KIM, CHARLOTTE SASSOUNIAN, MARY W. BORGER, GREG KRIKORIAN, NAYIRI NAHABEDIAN, JOYLENE WAGNER, CHRISTINE WALTERS, TAMAR KATAROYAN AND HANK PAZ