**NANCY P. DOUMANIAN, ESQ., SBN: 168925**
*DOUMANIAN & ASSOCIATES*
**500 North Brand Boulevard, Suite 1660
Glendale, California 91203
Telephone: (818) 500-7010
Facsimile: (818) 500-7011**

Attorneys for Defendants,
ZAVEN SHAMOYAN, *a public employee*, LINDA EVANS, *a public employee*, MARK BROWN, *a public employee*, TAMAR KATAROYAN, *a public employee*, and HANK PAZ, *a public employee*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MATHEW DAVIS,<br><br>                    Plaintiff,<br><br>      v.<br><br>ZAVEN SHAMOYAN, LINDA EVANS, MARK BROWN, TAMAR KATAROYAN, H.A. PAZ, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO. CV10-01837-DMG (CWx)<br><br>**JUDGMENT** |

On April 29, 2011, this Court granted (1) Defendant Scott Shinagawa's motion for summary judgment and (2) the motion by Defendants Zaven Shamoyan, Linda Evans, Mark Brown, Tamar Kataroyan, and H.A. Paz ("Individual Defendants") for summary adjudication, but deferred ruling on Plaintiff's first cause of action under 42 U.S.C. § 1983 and the second cause of action under the California Constitution to the extent they were based upon the alleged violation of procedural due process in connection with Plaintiff's disenrollment from Crescenta Valley High School ("CVHS").

On June 1, 2011, this Court granted the Individual Defendants' Motion for Summary Adjudication as to Plaintiff's procedural due process claims relating to whether Plaintiff was provided an informal conference before being suspended and denied the Individual Defendants' Motion for Summary Adjudication as to whether Plaintiff's procedural due process rights were violated when he was "disenrolled" from CVHS without an expulsion hearing.

On July 15, 2011, this Court granted the Individual Defendants' motion for summary judgment as to all remaining causes of action.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff MATHEW DAVIS shall take nothing from Defendants and that the action is dismissed on the merits.  Defendants Scott Shinagawa, Zaven Shamoyan, Linda Evans, Mark Brown, Tamar Kataroyan, and H.A. Paz shall recover their costs incurred herein.

DATED:   February 23, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE