# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW DAVIS,<br><br>     Plaintiff,<br><br>v.<br><br>ZAVEN SHAMOYAN, LINDA EVANS, MARK BROWN, TAMAR KATAROYAN, & H.A. PAZ,<br><br>     Defendants. | CASE NO.: CV10-01837-DMG (CWx)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [186]** |

In accordance with the parties' stipulation, the above-captioned action and all claims and defenses asserted in this action are **dismissed** in their entirety with prejudice.

DATED: December 16, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE